# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **23CR2039-W** |
| Plaintiff, | |
| v. | **ORDER** |
| ARTURO BONILLA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the Motion Setting scheduled for October 16, 2023 is vacated and a Motion Hearing is set for November 27, 2023 at 10:00AM.

**IT IS FURTHER ORDERED** that time is excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons set forth in the parties' Joint Motion to Continue.

**SO ORDERED.**
DATE: 10/12/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

*U.S. v. BONILLA*, 23-cr-2039-W