# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. THOMAS J. WHELAN)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.  **23CR2039-W** |
| Plaintiff, | |
| v. | **ORDER** |
| **ARTURO BONILLA,** | |
| Defendant. | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the Motion Hearing in the above-captioned case is continued to February 5, 2023, at 9:00AM.

**IT IS FURTHER ORDERED** that time is excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons set forth in the parties' Joint Motion to Continue.

**SO ORDERED.**

DATE: 1/5/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE