# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(HON. THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO BONILLA,<br><br>Defendant. | Case No.   23-cr-2039-W<br><br>ORDER |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the Motion Hearing in the above-captioned case is continued from July 15, 2024, at 9:00AM to November 18, 2024, at 9:00AM.

**IT IS FURTHER ORDERED** that time is excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing and supporting Declaration.

**SO ORDERED.**

DATE: 7/11/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE